**Order entered November 22, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-01129-CV

---

### IN RE PATRICK DAUGHERTY, Relator

---

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

---

## ORDER

Before the Court is relator's unopposed motion for leave to file reply brief. We **GRANT**

the motion. Relator's reply brief shall be filed on or before December 20, 2017.


/s/    ADA BROWN
        JUSTICE